FIGUEROA REYES, aplte. *v.* LUGO, dmdo. y EL PUEBLO,
Interventor apldo.

No. 5934.—*Sometido:* Noviembre 7, 1932. *Resuelto:* Noviembre 21, 1932.

El apelante, en este caso de interdicto posesorio, solicitó reconsideración de la sentencia dictada por este tribunal (43 D.P.R. 865) o la modificación de su pronunciamiento en costas.

En cuanto a la reconsideración, insistió en las mismas cuestiones que presentó en su primitivo alegato y fueron consideradas o resueltas, sin que la nueva argumentación convenciera, de que debía revocarse la sentencia recurrida.

En cuanto a las costas, sostuvo que fué injusta la imposición de todas ellas, incluyendo los honorarios, y que la corte inferior abusó de su discreción al no excluir éstos, citando el caso de *Hernández v. Sánchez,* 41 D.P.R. 74. Este tribunal, basándose en el de *Rivera v. Vargas,* 43 D.P.R. 155, declaró sin lugar la moción porque, aún cuando quizás la prueba no demostrara que el apelante era un litigante temerario, la corte de distrito podía aún, al fijar la cuantía de los honorarios, apreciar el grado de temeridad y esa corte estaba en mejores condiciones que el Supremo para actuar en esa dirección.